IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STACY O'DONOHUE,

    Plaintiff,

vs.                                   CASE NO.: _____

JUDITH APPEL,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, STACY O'DONOHUE ("O'DONOHUE"), by and through her undersigned attorneys, hereby sues the Defendant, JUDITH APPEL ("APPEL") alleges as follows:

1. This is an action for damages which exceeds the sum of Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

2. That at all times material hereto Plaintiff, O'DONOHUE, is and was a resident of Hillsborough County, Florida.

3. That at all times material hereto Defendant, APPEL, is and was a resident of San Diego County, California.

4. That at all times material hereto, Defendant, APPEL, was in the course and scope of her employment with the Department of Navy and is thus covered under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346 (b), 2401(b) and 2671-2680.

## COUNT I – AUTO NEGLIGENCE

5. Plaintiff re-alleges and restates paragraphs one (1) through four (4) above and further states:

6. On or about June 16, 2010, Defendant APPEL was the renter of a Chrysler automobile with vehicle identification number 1C3LC46B89N533495.

7. On or about June 16, 2010, Defendant APPEL operated the aforementioned Chrysler automobile on North Florida Avenue in Hillsborough County.

8. At that time and place, Defendant APPEL negligently operated or maintained the aforementioned Chrysler automobile so that it collided with a vehicle in which Plaintiff O'DONOHUE was the driver.

9. That as a direct and proximate result of the negligent conduct of the Defendant, APPEL, Plaintiff, O'DONOHUE, was injured in and about her body and extremities, and/or there was an aggravation of a pre-existing condition, she suffered pain and mental anguish there from, incurred medical expenses in the treatment of such injuries, suffered physical handicap, lost wages, her working ability was impaired, and she has been unable to enjoy a normal life. Said injuries are a significant and permanent loss of an important bodily function and/or a permanent injury within a reasonable degree of medical probability and/or a significant or permanent scarring or disfigurement and continuing in their nature, and Plaintiff will suffer such losses and impairment in the future.

WHEREFORE, the Plaintiff demands judgment against Defendant JUDITH APPEL for damages in excess of $15,000.00, plus costs of this action and any other relief so entitled to under Florida law.

## DEMAND FOR JURY TRIAL

Plaintiff, STACY O'DONOHUE, demands a trial by jury as to all issues triable as of right by jury.

**DATED** this 16th day of April, 2013.

_____
PATRICK W. HARLAND, JR., ESQ.
Florida Bar No.: 0226350
The Law Firm of Patrick W. Harland, Jr., LLC
2515 First Avenue North
St. Petersburg, FL 33713
PH: (727) 898-2000
Fax: (727) 898-2001
pharland@harlandlawfirm.com
Trial Counsel for Plaintiff